CVB SCAN 07/30/2019 8:59

# United States District Court
## Violation Notice

| Violation Number | Officer Name (Print) | Officer No. | CVB Location Code |
|---|---|---|---|
| 7604301 | Wells | 562 | VAPS |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 06/11/2019 11:18 | CFR 1.218(a)(5) |

**Place of Offense:** El Paso Department of Veterans Affairs

**Offense Description: Factual Basis for Charge** HAZMAT ☐

Disturbances. Conduct on Property which causes loud or unusual noise or use of loud, abusive, or otherwise improper language.

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Romero | Frank | |

**Street Address:**

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| El Paso | TX | | |

| Driver License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female

### VEHICLE

| Tag No. | VIN: | State | Year | Make/Model | PASS ☐ Color |
|---|---|---|---|---|---|

CMV ☐

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)    Original - CVB Copy

Phone: 520-981-3063

7604301

---

CVB SCAN 07/30/2019 8:59

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 11, 20 19 while exercising my duties as a law enforcement officer in the Western District of Texas

A complaint was received with police dispatch in reference to an individual wearing a T-shirt with offensive language. The individual was identified through VA ID card as Frank Romero. Mr. Romero became verbally hostile towards officers when approached about his shirt. An attempt to explain that people are offended by his shirt, Mr. Romero began keeping the interaction and began claiming and illegal detention. I attempted to explain our facility has Youth Volunteers and others that have taken offense to his shirt. Mr. Romero was cited under 38 CFR 1.218 (a)(5) Disturbances. Mr. Romero was upset and stated have more citations ready because he is going to continue to wear the same shirt. Mr. Romero's demeanor was aggressive/hostile throughout the entire interaction.

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/11/2019   _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident